LUJAN & WOLFF LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff*



IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JON P. FERNANDEZ,<br><br>Plaintiff,<br>-vs-<br><br>GUAM EDUCATION BOARD, LOURDES B. SAN NICOLAS, individually and as the chairperson and a member of the Guam Education Board, ROSIE R. TAINATONGO, individually and as the vice chairperson and a member of the Guam Education Board, KENNETH P. CHARGUALAF, individually and as a member of the Guam Education Board, JOSE Q. CRUZ, individually and as a member of the Guam Education Board, RYAN F. TORRES, individually and as a member of the Guam Education Board, CHARLENE D. CONCEPCION, individually and as a member of the Guam Education Board,<br><br>Defendants. | CIVIL ACTION NO. 16-00080<br><br>**CERTIFICATE OF COUNSEL** |

I, DELIA LUJAN WOLFF, hereby certify the following:

1. I am an attorney representing Plaintiff Jon P. Fernandez in this matter.

2. On November 16, 2016, at 7:08 p.m., I sent an email message to Attorney Gary Gumataotao, counsel for the Guam Education Board, informing him that Plaintiff would be filing the Ex Parte Application for Temporary Restraining Order.

1

3. Notice to Defendants of the Ex Parte Application for Temporary Restraining Order should not be required since Plaintiff, through his counsel, has previously stated his concerns with the November 21, 2016, meeting or hearing to Attorney Gumataotao, counsel for the Board. Further, as the hearing or meeting is set to occur in three days (or one business day), there is insufficient time to provide notice to all seven (7) Defendants.

Dated this 18th day of November, 2016.

_____
**DELIA LUJAN WOLFF**
*Attorneys for Plaintiff*