# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: 1:16-CV-00080 DATE: November 18, 2016

CAPTION: Fernandez v. Guam Education Board, et al.

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Christina Evola | Court Reporter: Veronica F. Reilly |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 4:45 - 6:15 |
| | 6:23 - 7:46 |
| CSO: B. Adams/E. Budomo | |

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Delia Lujan Wolff | Frank Gumataotao, for individual board members Lourdes B. San Nicolas, |
| Gloria Rudolph | Rosie R. Tainatongo, Kenneth P. Chargualaf and Jose Q. Cruz |

---

**PROCEEDINGS: Hearing on Ex Parte Motion for Temporary Restraining Order**

- Motion argued by Plaintiff and Defendants.
- [2] Ex Parte Motion for Temporary Restraining Order - granted.
- Court grants the Motion for Temporary Restraining and enjoins defendants from holding the November 21, 2016 public hearing. No bond is required.
- Order to be issued by the court.

NOTES:

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

**Jon P. Fernandez**

v.

**Guam Education Board, et al.**

## EXHIBIT AND WITNESS LIST

Case Number: **1:16-CV-00080**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Hon. Frances M. Tydingco-Gatewood** | **Delia Lujan Wolff**<br>**Gloria Rudolph** | **Frank Gumataotao** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **November 18, 2016** | **Veronica F. Reilly** | **Carmen B. Santos** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | A | 11/18/16 | | | Employment Agreement |
| | | B | 11/18/16 | | | *Board of Regents of States Colleges v. Roth*, 408 US 564 (1972) |
| | | C | 11/18/16 | | | October 3, 2016 - Final Title IX Investigation Report - SEALED |
| | | D | 11/18/16 | | | *Guam Police Department v Superior Court of Guam v Anthony Lujan dba Big Ben & Co.*, 211 Guam 8 |
| | | E | 11/18/16 | | | *Bishop v. Wood*, 426 US 341 (1976) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |