# THE DISTRICT COURT OF GUAM

JON P. FERNANDEZ,

    Plaintiff,

-vs-

GUAM EDUCATION BOARD, LOURDES B. SAN NICOLAS, individually and as the chairperson and a member of the Guam Education Board, ROSIE R. TAINATONGO, individually and as the vice chairperson and a member of the Guam Education Board, KENNETH P. CHARGUALAF, individually and as a member of the Guam Education Board, JOSE Q. CRUZ, individually and as a member of the Guam Education Board, RYAN F. TORRES, individually and as a member of the Guam Education Board, CHARLENE D. CONCEPCION, individually and as a member of the Guam Education Board,

    Defendants.

CIVIL ACTION NO. 16-00080

**ORDER RE BRIEFING SCHEDULE**

In accordance with Federal Rule of Civil Procedure 65(b)(3), this court set a preliminary-injunction hearing for December 3, 2016, at 1:30 p.m., and indicated a briefing order would follow. *See* ECF No. 9. Plaintiff's motion for preliminary injunction is due November 25, 2016, by 3:00 p.m., Defendants' opposition is due November 28, 2016, at 3:00 p.m., and Plaintiff's reply is due November 29, 2016, at 3:00 p.m.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Nov 22, 2016**