**THE DISTRICT COURT OF GUAM**

CIVIL CASE NO. 16-00080

JON P. FERNANDEZ,

                    Plaintiff,

          vs.

GUAM EDUCATION BOARD,
LOURDES B. SAN NICOLAS,
individually and as the chairperson and a
member of the Guam Education Board,
ROSIE R. TAINATONGO, individually
and as the vice chairperson and a member of
the Guam Education Board, KENNETH P.
CHARGUALAF, individually and as a
member of the Guam Education Board,
JOSE Q. CRUZ, individually and as a
member of the Guam Education Board,
RYAN F. TORRES, individually and as a
member of the Guam Education Board,
CHARLENE D. CONCEPCION,
individually and as a member of the Guam
Education Board,

                    Defendants.

**ORDER**

        In accordance with Federal Rule of Civil Procedure 65(b)(3), this court inadvertently set a

preliminary-injunction hearing for December 3, 2016, at 1:30 p.m.  *See* ECF No. 9.  That date is

vacated and a hearing on the matter is hereby set for December 2, 2016 at 9:30 a.m.  The parties

shall file their exhibits and witness lists, if any, no later than November 28, 2016, at 3:00 p.m.

        **SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 23, 2016**

1