

**Office of the Attorney General**
**Elizabeth Barrett-Anderson**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive
Tamuning, Guam 96913 ● USA
Tel. (671) 475-3324 Fax. (671) 472-2493
www.guamag.org

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| JON P. FERNANDEZ, | ) | CIVIL ACTION CASE NO. **16-00080** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| GUAM EDUCATION BOARD, LOURDES | ) | |
| B. SAN NICOLAS, individually, and as the | ) | |
| chairperson and a member of the Guam | ) | |
| Education Board, ROSIE R. TAINATONGO, | ) | |
| individually and as the vice chairperson and a | ) | **ENTRY OF APPEARANCE** |
| member of the Guam Education Board, | ) | |
| KENNETH P. CHARGUALAF, individually | ) | |
| And as a member of the Guam Education | ) | |
| Board, CHARLENE D. CONCEPCION, | ) | |
| individually and as a member of the Guam | ) | |
| Education Board, | ) | |
| | ) | |
| Defendants. | ) | |

Comes Now Elizabeth Barrett-Anderson, Attorney General of Guam, hereby enters her

appearance for the Guam Education and the named members in their official capacities in the

/ / / /

/ / / /

Page 1 of 2
*Entry of Appearance*
District Court Case No. 16-00080

above-captioned case.  All notices, correspondences and pleadings issued in this case should be sent to the Attorney General Elizabeth Barrett-Anderson at the above address.

Dated this 23rd day of November, 2016.

OFFICE OF THE ATTORNEY GENERAL
**Elizabeth Barrett-Anderson,** Attorney General

By: _____

**ELIZABETH BARRETT-ANDERSON**
Attorney General