| | **LUJAN & WOLFF LLP**
1 | Attorneys at Law
2 | DNA Building, Suite 300
  | 238 Archbishop Flores Street
3 | Hagåtña, Guam 96910
  | Telephone (671) 477-8064/5
4 | Facsimile (671) 477-5297
5 | *Attorneys for Plaintiff*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JON P. FERNANDEZ, | CIVIL ACTION NO. 16-00080 |
| Plaintiff, | |
| -vs- | **ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION** |
| GUAM EDUCATION BOARD, LOURDES B. SAN NICOLAS, individually and as the chairperson and a member of the Guam Education Board, ROSIE R. TAINATONGO, individually and as the vice chairperson and a member of the Guam Education Board, KENNETH P. CHARGUALAF, individually and as a member of the Guam Education Board, JOSE Q. CRUZ, individually and as a member of the Guam Education Board, RYAN F. TORRES, individually and as a member of the Guam Education Board, CHARLENE D. CONCEPCION, individually and as a member of the Guam Education Board,, | |
| Defendants. | |

Before the court is a Stipulated Motion for Preliminary Injunction ("Motion"). *See* ECF No. 15. Upon consideration of the parties' Motion, the court hereby finds that Plaintiff will suffer irreparable injury to his occupation, reputation, and standing in the community, and deprivation of liberty and property without due process of law, if the preliminary injunction is not granted. Accordingly, the court hereby orders that Defendants Guam Education Board, Lourdes B. San Nicolas, Rosie R. Tainatongo, Kenneth P. Chargualaf, Jose Q. Cruz, Ryan F. Torres, and Charlene D. Concepcion shall be preliminarily enjoined during the pendency of this action from:

(1) Proceeding on and taking action in furtherance of their 6-3 vote to terminate Plaintiff's employment as Superintendent of the Guam Department of Education, taken on or around October 4, 2016;

(2) Proceeding on and taking action in furtherance of the "Bill of Particulars" served upon Plaintiff; and

(3) Holding any Guam Education Board hearing or meeting having the same agenda or purpose (i.e., to proceed in furtherance of the 6-3 vote to terminate Plaintiff's employment as Superintendent of the Guam Department of Education, taken on or around October 4, 2016) as the Board hearing or meeting previously scheduled for November 21, 2016; and

(4) Disclosing facts or information in the disputed "Bill of Particulars" or any investigative report that formed the basis for the "Bill of Particulars."

The preliminary injunction briefing schedule set by Order filed November 22, 2016, is hereby ordered vacated. Additionally, the filing deadline for exhibits and witness lists and the preliminary injunction hearing scheduled for December 2, 2016, at 9:30 a.m., as set by Order filed November 23, 2016, are hereby ordered vacated.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
 **Dated: Nov 25, 2016**